**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Juan Muniz, | ) | Case No.: 1:11-cr-122-02 |
| | ) | |
| Defendant. | ) | |

On October 11, 2012, the court convened a hearing on a petition for revocation of defendant's pre-sentence release. SAUSA Julie Lawyer appeared on the government's behalf. Attorney Carey Goetz appeared on defendant's behalf.

For the reasons articulated on the record, the court revokes defendant's release conditions and remands defendant to the custody to the Attorney General or his designated representative for confinement in a corrections facility pending sentencing. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge